THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v. SAMUEL MILTON SMALL, Also Known as MILTON S. SMALL, and Others, Defendants, Impleaded with ISIDORE FRIEDMAN, Respondent.— Order unanimously reversed, with twenty dollars costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

PIO JUNCO, Appellant, v. LA CABANA, INC., Respondent, Impleaded with Another, Defendant.— Determination unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

MORRIS TUCK, Appellant, v. FRED P. WEISSMAN, Trading as FRED P. WEISSMAN Co., Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.; Untermyer, J., dissents and votes to modify by denying the motion to vacate the items requiring defendant to state the names of the persons referred to in the defense.

SUSAN PRINGLE, Respondent, v. EDENWALD REALTY CORPORATION, a Corporation Dissolved Pursuant to Section Two Hundred and Three-a of the Tax Law of the State of New York, and Another, Defendants, Impleaded with FRANK J. NARDOZZI and Others, Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

JOHN E. TOOLAN and Others, Respondents, v. WILLIAM McC. MARTIN, as President of the New York Stock Exchange, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within ten days after service of order, on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SOUTHERN OHIO SAVINGS BANK AND TRUST COMPANY, Guardian of the Property and Estate of WILLIAM NAGLE, an Incompetent, for an Order Compelling MILTON J. BACH, Ancillary Committee of the Property of Said Incompetent, to Institute an Action to Cancel, Annul and Set Aside a Trust Created by Said Incompetent and for Other Relief. MILTON J. BACH, Ancillary Committee of the Estate of WILLIAM NAGLE, an Incompetent, Appellant, Respondent; SOUTHERN OHIO SAVINGS BANK AND TRUST COMPANY, Respondent, Appellant.— Order unanimously modified by striking therefrom the words " with leave to renew upon a showing that the contemplated action would be for the best interests of the incompetent," and as so modified affirmed, without costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

FRANK KREITZBERG, Respondent, v. NATIONAL LEAD COMPANY, Appellant.— Order, so far as appealed from, unanimously reversed, with twenty dollars costs and disbursements, and the motion in all respects denied, without prejudice to a renewal upon affidavits stating the officer or officers through whom the defendant is to be examined. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

LEO A. HEYMANN and HENRIETTA E. HEYMANN v. DODD MEAD AND COMPANY, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Martin, P. J., Glennon, Untermyer, Dore and Callahan, JJ.